IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CURTIS MORRIS,<br><br>       Plaintiff<br>  VS.<br><br>BERTA COX, *et al.*,<br><br>       Defendants | NO. 5:05-CV-297 (CWH)<br><br>**PROCEEDINGS UNDER 42 U.S.C. §1983**<br>**BEFORE THE U. S. MAGISTRATE JUDGE** |

## O R D E R

  Plaintiff CURTIS MORRIS has filed a motion which asks the court to reconsider its granting of summary judgment to the defendants in the above-styled case. Tab #61. The plaintiff had failed to file an adequate response to the defendants' motion for summary judgement, and in the instant motion, the plaintiff avers that he "had true intentions to respond to the court before the defendants' motion was granted."

  The defendants filed their motion in September of 2006, and on October 2, 2006, the undersigned issued an order advising the plaintiff of his rights and duties in responding to a motion for summary judgment, and afforded the plaintiff thirty days in which to respond. Allowing time for mailing, that period would have concluded at some time in November of 2006, more than six months before the court ruled on the defendants' motion. At no time did the plaintiff request an extension of time in which to respond.

  Accordingly, the plaintiff's **MOTION FOR RECONSIDERATION** (Tab #61) is DENIED.

  SO ORDERED this 23rd day of JULY, 2007.



                     CLAUDE W. HICKS, JR.
                     UNITED STATES MAGISTRATE JUDGE